UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 547 AND PARTICIPATING
EMPLOYERS HEALTH AND WELFARE TRUST
FUND, and INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 547,                    Civil Action No. 2:08-cv-14829

    Plaintiffs,                                  Hon. Patrick J. Duggan
v

SHUBH HOTELS DETROIT, LLC, d/b/a SHERATON
DETROIT RIVERSIDE HOTEL,

    Defendant.
_____/

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Christopher Ott, Manager and Resident Agent of Defendant**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Christopher Ott, manager of the limited liability company ("Defendant"), whose address is 2 Washington Blvd., Detroit, Michigan 48226, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **May 19, 2009 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendant on February 12, 2009.

IT IS FURTHER ORDERED that said person shall bring with him/her the following books, records, and papers in his/her possession, custody or control as they relate to Defendant Shubh Hotels Detroit, LLC, d/b/a Sheraton Detroit Riverside Hotel:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant has, or has had, any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by, or on behalf of, Defendant with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Defendant at any and all times during the period three (3) years preceding the date hereof or date of cessation of business, whichever is earlier;

3. All books of account and accounts receivable ledgers;

4. List of assets and liabilities;

5. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by, or on behalf of, Defendant at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier; and

6. Copies of all profit and loss statements and balance sheets relating to the affairs of Defendant prepared by, or on behalf of, said Defendant during the period three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

IT IS FURTHER ORDERED that said Defendant, Shubh Hotels Detroit, LLC, d/b/a Sheraton Detroit Riverside Hotel, members, employees and agents, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Defendant, whether now owned, or hereafter acquired by, or becoming due to Defendant, until further order of this Court.  This order does not apply to property exempt by law from application to the satisfaction of the judgment.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: April 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 21, 2009 ,by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager