UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 547 AND PARTICIPATING
EMPLOYERS HEALTH AND WELFARE TRUST
FUND, and INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 547,                    Civil Action No. 2:08-cv-14829

    Plaintiffs,                                    Hon. Patrick J. Duggan

v

SHUBH HOTELS DETROIT, LLC, d/b/a SHERATON
DETROIT RIVERSIDE HOTEL,

    Defendant.
_____/

CONSENT ORDER FOR ADJOURNMENT OF EXAMINATION OF
JUDGMENT DEBTOR AND RESTRAINING TRANSFER
OF CERTAIN PROPERTY SUPPLEMENTARY TO JUDGMENT

    THIS MATTER having come before the Court upon the consent of the parties, the Court having noted such consent and being otherwise fully advised in the premises,

    NOW THEREFORE,

    IT IS ORDERED that the judgment debtor examination of Christopher Ott, manager of defendant, whose address is 2 Washington Blvd., Detroit, Michigan 48226, shall be adjourned from May 19, 2009 to **Wednesday, May 27, 2009 at 10:30 a.m.**, at the offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034.

    IT IS FURTHER ORDERED that Christopher Ott shall produce all of the books and records set forth in the Order entered by the Court on April 21, 2009 [Docket No. 28], on the

agreed examination date. Except as modified herein, all of the provisions of the Court's Order of

April 21, 2009 remain in full force and effect.

                    s/Patrick J. Duggan
                    Patrick J. Duggan
                    United States District Judge

Dated: May 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 21, 2009 ,by electronic and/or ordinary mail.

                    s/Marilyn Orem
                    Case Manager

APPROVED FOR ENTRY:

| ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, PC | BUTZEL LONG PC |
|---|---|
| /s/ Craig E. Zucker | /s/ per consent of Cynthia J. Haffey |
| CRAIG E. ZUCKER (P39907) | CYNTHIA J. HAFFEY (P57352) |
| Counsel for Plaintiffs | Counsel for Defendant |
| 400 Galleria Officentre, Ste. 444 | 150 W. Jefferson Ave., Ste. 100 |
| Southfield, MI 48034 | Detroit, MI 48226 |
| (248) 827-4100 | (313) 983-7434 |

F:\funds\shubh hotels\consent order adj jde.doc